USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DEL CORONA & SCARDIGLI USA, INC.,

                **Plaintiff,**

-against-

TRY THE WORLD INC.,

                **Defendant.**

-----------------------------------------------------------------X

17-CV-09827 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

On June 12, 2018, the Court stayed all litigation deadlines in this action pursuant to the automatic stay triggered by Defendant's bankruptcy filing. ECF No. 30. Defendant is ORDERED to update the Court as to the status of that bankruptcy proceeding no later than June 1, 2021.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    May 18, 2021
             New York, New York