UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DEL CORONA & SCARDIGLI USA INC.,

                        **Plaintiff,**

     -against-

TRY THE WORLD INC.,

                        **Defendant.**

-------------------------------------------------------------X

17-CV-09827 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On June 12, 2018, the Court stayed all litigation deadlines in this action pursuant to the automatic stay triggered by Defendant's bankruptcy filing. ECF No. 30. Defendant is ORDERED to update the Court as to the status of that bankruptcy proceeding no later than December 14, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 4, 2023
              New York, New York