UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DEL CORONA & SCARDIGLI USA INC.,

                    Plaintiff,

        -against-

TRY THE WORLD INC.,

                    Defendant.
-----------------------------------------------------------------X

17-CV-09827 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Defendant was ordered to file a letter updating the Court on the status of the bankruptcy proceeding by December 14, 2023. To date, no such letter has been filed. Accordingly, Defendant shall file that letter by January 3, 2024.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     December 20, 2023
                 New York, New York